UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RODNEY M. SKONIECZNY,<br>    Plaintiff, | )<br>)<br>) |
| v. | )  CAUSE NO.: 2:25-CV-384-JEM<br>)<br>) |
| NORTHERN INDIANA PUBLIC<br>SERVICE CO., LLC d/b/a NIPSCO,<br>    Defendant. | )<br>)<br>) |

**ORDER**

This matter is before the Court on a Joint Stipulation of Dismissal with Prejudice [DE 24], filed by the parties on February 16, 2026. A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims are **DISMISSED with prejudice**.

SO ORDERED this 17th day of February, 2026.

                                                  s/ John E. Martin
                                                MAGISTRATE JUDGE JOHN E. MARTIN
                                                UNITED STATES DISTRICT COURT

cc:    All counsel of record